**Fill in this information to identify the case:**

Debtor 1: Robert K Zeh

Debtor 2 (Spouse, if filing): Barbara L Zeh

United States Bankruptcy Court for the: Northern District of Ohio (Akron)

Case number: 16-50412

# Form 4100R
## Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Real Time Resolutions, Inc.

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 9 3

**Property address:** 1032 Allendale Avenue
Number  Street

Akron  OH  44306
City  State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

❑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02 / 01 / 2021
MM / DD / YYYY

❑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___ / ___ / _____
MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Rose Velasquez          Date 01 / 11 / 2021
Signature

Print  Rose            Velasquez           Title  Senior Analyst
First Name  Middle Name  Last Name

Company  Real Time Resolutions, Inc.

If different from the notice address listed on the proof of claim to which this response applies:

Address  1349  Empire Central Drive, Suite 150
Number  Street

Dallas          TX      75247
City            State   ZIP Code

Contact phone  ( 888 ) 741 – 1124        Email  bankruptcy@rtresolutions.com

UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF OHIO (AKRON)

In re: )
ROBERT K. ZEH )
BARBARA L. ZEH )
                                        )
                                        )        CHAPTER 13
                                        )        CASE NO. 16-50412
Debtors )

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

**David A. Mucklow**
**Attorney at Law**
**919 East Turkeyfoot Lake Road #B**
**Akron, OH 44312**


**Keith Rucinski**
**Chapter 13 Trustee**
**One Cascade Plaza Suite 2020**
**Akron, OH 44308**


**Robert K. Zeh & Barbara L. Zeh**
**1032 Allendale Avenue**
**Akron, OH 44306**

Dated   01/11/2021

By:   /s/ Rose Velasquez

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 150
Dallas, TX 75247